**United States Bankruptcy Court**
**Central District Of California**

In re:
Right Choice Services Inc

CHAPTER NO.: 7

CASE NO.: 2:14−bk−24343

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2−1]
☒ Corporate Ownership Statement as specified by Local Bankruptcy Rule 1007−4
☒ Statement of Related Cases (Information required by LBR 1015−2 (LBR Form F 1015−2.1))
☒ Declaration of Attorney's Limited Scope of Appearance. [LBR 2090−1 (Local Form F2090−1.1) Court Manual, section 2−1]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; FRBP 2016(b); Court Manual, section 2−1]
☒ Verification of Master Mailing List of Creditors [LBR 1007−1(d)] (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

    Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: July 28, 2014

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Sheila Moulton**
**Deputy Clerk**

ccdn − Revised 06/2014    **1 / SSI**