United States Bankruptcy Court
Central District of California

In re:  
Right Choice Services Inc  
    Debtor

Case No. 14-24343  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: smoultonC     Page 1 of 1     Date Rcvd: Jul 28, 2014  
                       Form ID: deforco     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2014.  
db        +Right Choice Services Inc,    10633 Downey Norwalk Rd,    Norwalk, CA 90650-7426  
aty       +Lloyd I Silverberg,    16601 Marquez Ave Ste 502,    Pacific Palisades, CA 90272-3263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2014                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2014 at the address(es) listed below:  
         United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov  
                                                                                                                                                   TOTAL: 1

| **United States Bankruptcy Court** |
|:---:|
| **Central District Of California** |

| In re: Right Choice Services Inc | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 2:14−bk−24343 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:
**Decl Re Sched (Form B6)**
**Stmt of Fin Affairs (Form B7)**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                                                                          **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>July 28, 2014</u>                                                                                                        **By:** <u>Sheila Moulton</u>
                                                                                                                                                              **Deputy Clerk**

deforco − Revised 06/2014                                                                                                                                    **1 / SSI**